**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

THELMA WILLIAMS, JR.,                                                                                     PLAINTIFF
ADC #93197

v.                                              5:10-cv-00367-SWW-JTK

SHEILA HILL, et al.                                                                                        DEFENDANTS

## ORDER

By Order dated January 3, 2011, this Court directed Plaintiff to submit the $350.00 filing fee for this action, or to file an application to proceed in forma pauperis (Doc. No. 2). Plaintiff submitted a Response and an Addendum (Doc. Nos. 4, 5), stating he has not received the filing fee forms necessary for his in forma pauperis application. Therefore, the Court will provide Plaintiff an additional ten days from the date of this Order in which to submit his Response to the January 3, 2011 Order. Failure to timely respond shall result in the dismissal without prejudice of his Complaint. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 7th day of February, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE