**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

THELMA WILLIAMS, JR.,
ADC #93197                                                                                              PLAINTIFF

v.                                              5:10-cv-00367-SWW-JTK

SHELIA HILL, et al.                                                                                  DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS
## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Susan Webber Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.   Why the record made before the Magistrate Judge is inadequate.

2.   Why the evidence proffered at the hearing before the District
     Judge (if such a hearing is granted) was not offered at the
     hearing before the Magistrate Judge.

3.   The detail of any testimony desired to be introduced at the
     hearing before the District Judge in the form of an offer of

      proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

    Mail your objections and "Statement of Necessity" to:

      Clerk, United States District Court
      Eastern District of Arkansas
      600 West Capitol Avenue, Suite A149
      Little Rock, AR 72201-3325

## **DISPOSITION**

**I.    Introduction**

    Plaintiff, a state inmate proceeding pro se, seeks relief in a civil rights action pursuant to 42 U.S.C. § 1983, and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (Doc. No. 8). Although Plaintiff has submitted a declaration that makes the showing required by § 1915(a), his request to proceed in forma pauperis should be denied.

**II.    Screening**

    The Court is required to screen complaints seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. §1915(a). Additionally, the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g), provides that "[i]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

The Court notes Plaintiff has had more than three complaints dismissed for failure to state a claim.[1] In addition, in the present case, Plaintiff asks to be able to re-open or re-file an action which was previously litigated. In Williams v. Hill, et al., 5:07-cv-00299-SWW-BDD, Plaintiff sued the same Defendants as in this action, for deliberate indifference to his serious medical needs. The Court granted Defendants' summary judgment motion and dismissed Plaintiff's complaint with prejudice. (Id., Doc. No. 149). Plaintiff's appeal and his motion for reconsideration were also dismissed. (Id., Doc. Nos. 161, 165).

The Court therefore finds that Plaintiff's present allegations – in the form of an attempt to re-open his previous deliberate indifference claims against Defendants – do not support a claim that he presently is in imminent danger of serious physical injury.

**III. Conclusion**

IT IS, THEREFORE, RECOMMENDED that Plaintiff Williams' request to proceed in forma pauperis (Doc. No. 8) be DENIED.

IT IS FURTHER RECOMMENDED that if Plaintiff wishes to continue this case, he be required to submit the statutory filing fee of $350 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, along with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

IT IS FURTHER RECOMMENDED that this case be DISMISSED without prejudice.

IT IS SO ORDERED this 9th day of March, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] See 5:07cv00178, 5:07cv00179, 5:07cv00180, 5:07cv00181.