**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

THELMA WILLIAMS, JR.,
ADC #93197                                                                                          PLAINTIFF

v.                                      5:10-cv-00367-SWW-JTK

SHELIA HILL, et al.                                                                              DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff Williams' request to proceed in forma pauperis (Doc. No. 8) is DENIED.

IT IS FURTHER ORDERED that if Plaintiff wishes to continue this case, he must submit the statutory filing fee of $350 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, along with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

IT IS FURTHER ORDERED that this case is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 17th day of March 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE