# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

THELMA WILLIAMS, JR.,
ADC #93197                                                                                           PLAINTIFF

v.                                  5:10-cv-00367-SWW-JTK

SHELIA HILL, et al.                                                                             DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ORDERED this 17th day of March 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE